IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

FEB 15 2017

BY_____
DEPUTY CLERK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING IT TO OBTAIN LOCATION DATA CONCERNING A CELLULAR TELEPHONE ASSIGNED PHONE NUMBER (615) 400-8089 AND BEARING INTERNATIONAL MOBILE SUBSCRIBER IDENTITY NUMBER (IMSI) 3101120143290530 **"Subject Telephone"** | UNDER SEAL No. ~~17-MJ-4042~~ **17 MJ-1035** |

## UNITED STATES' MOTION TO SEAL

The United States requests the Order, Warrant, and Application and Affidavit filed in this captioned case be sealed until further order of the Court since those documents reveal an ongoing investigation which would be compromised by public disclosure. Should the individual possessing and using the **Subject Telephone** learn of the Order, Warrant, and Application and Affidavit, he or she may modify their activities or attempt to conceal evidence.

Respectfully submitted,

DAVID RIVERA
UNITED STATES ATTORNEY

By: *s/ Ahmed A. Safeeullah*
Ahmed A. Safeeullah
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203

SO ORDERED:

_____
BARBARA D. HOLMES
U.S. Magistrate Judge